

**Brian D. Karth**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

# United States District Court
### Central District of California
## Office of the Clerk

**Natasha Alexander-Mingo**
Chief Probation & Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012-1565

**Benjamin Medina**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Maya Roy**
Chief Deputy of Operations
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

June 18, 2026

 Los Angeles County Superior Court 
 111 North Hill Street 
 Los Angeles, CA 90012 

Re:  Case Number:  _____2:26–cv–05783–PA–PD_____
     Previously Superior Court Case No.  _____26STCV14240_____
     Case Name:  _____Jeffrey W Arricale v. William J. Johnson et al_____

Dear Sir/Madam:

    Pursuant to this Court's ORDER OF REMAND issued on  _____June 17, 2026_____, the above–referenced case is hereby remanded to your jurisdiction.

    Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

    Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

United States Courthouse
255 East Temple Street, Suite TS134
Los Angeles, CA 90012

                                        Respectfully,

                                        Clerk, U.S. District Court

                                        By: _/s/ Evelyn Synagogue_
                                            Deputy Clerk
                                            Evelyn_Synagogue@cacd.uscourts.gov

*Encls.*
*cc: Counsel of record*

---

Receipt is acknowledged of the documents described above.

                                        Clerk, Superior Court

                                        By: _____
**_____**                 Deputy Clerk
Date